IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRONWYN LASALL FORD
McCANT,

    Plaintiff,

v.                                                                                                    4:17cv215-WS/GRJ

CAPTAIN J. CLARK, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed May 17, 2017. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for abuse of the judicial process under 28 U.S.C. § 1915(e) based on the plaintiff's failure to disclose his prior litigation history. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e) for abuse of the judicial process. This dismissal will operate as a "strike" pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The plaintiff's motion (doc. 2) for leave to proceed in forma pauperis is DENIED.

DONE AND ORDERED this __19th__ day of __June__, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE